REAL ESTATE MUTUAL FIRE INSURANCE COMPANY *vs.* JOHN ROESSLE.

A mutual fire insurance company cannot maintain an action for the premium and deposit note against a person, on whose application they have made out a policy, at a rate of premium agreed upon, but who refuses, on request, to take the policy, or sign the deposit note.

ACTION OF CONTRACT, brought by a mutual fire insurance company to recover the amount of the premiums, deposit notes and assessments, upon two policies of insurance.

The case was submitted to the court, without argument, upon the following statement of facts : The defendant made written applications for insurance. The policies were made out, and the defendant was requested to take them, and sign the deposit notes and pay the premiums, the rates of which were agreed upon by the parties ; but he refused to accept the policies, or sign the notes. The policies were never delivered to the defendant, but have remained in the possession of the plaintiffs, and the defendant has never paid the premiums, nor signed the deposit notes. The policies and the plaintiffs' by-laws may be referred to.

DEWEY, J.  The plaintiffs must fail to maintain their action, for the very obvious reason that, upon the case stated, no con-tract was ever completed between the parties.  The proceed-ings on the part of the defendant were merely the initiatory steps to a contract.  The plaintiffs, pursuant to the defendant's request, had prepared certain policies of insurance, which would take effect as contracts, on being delivered to the defendant, but not before.  By the twelfth article of the plaintiffs' by-laws, the policies were not to be delivered until the payment of the pre-miums, and the signature of the deposit notes, neither of which has taken place.  Suppose a loss by fire had occurred, and the buildings, the subject of the proposed insurance, had been destroyed, would any liability have thereby attached to th plaintiffs, by reason of these policies?  Clearly not; because they had not been delivered to the defendant.  These contracts of insurance not having been completed, the defendant is not liable for the amount of the premiums, nor for the deposit notes that he was to execute.  Nor does the fact, that the rate of pre-mium to be paid was agreed upon by the parties, vary the case.

*Judgment for the defendant.*